UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JAMEELAH ATTERBERRY,

                Plaintiff,

v.                                              ORDER

THE HUNTINGTON NATIONAL BANK,      19-cv-9805 (PMH)
HUNTINGTON BANCSHARES
INCORPORATED,

                Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no activity on this docket since October 24, 2019, Defendants are to confer with the plaintiff and submit a joint letter to the Court via ECF concerning the status of this action by April 21, 2020.

      Defendants are directed to mail a copy of this Order to pro se Plaintiff.

Dated: New York, New York
          April 7, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge