UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
JAMEELAH ATTERBERRY,

                        Plaintiff,

v.                                                   ORDER

THE HUNTINGTON NATIONAL BANK,       19-cv-9805 (PMH)
HUNTINGTON BANCSHARES
INCORPORATED,

                        Defendants.
--------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

      The Court has reviewed the parties joint letter dated April 15, 2020 (Doc. 8) and grants Defendants' request to file a motion to dismiss and directs the following briefing schedule: defendants' motion to dismiss shall be served and filed on or before June 5; plaintiff's opposition thereto shall be served and filed on or before July 15, 2020; and defendant's reply shall be served and filed on or before July 22, 2020.

      Defendants are directed to mail a copy of this Order to pro se Plaintiff.

Dated: New York, New York         **SO ORDERED:**
       April 16, 2020

                                                    _____
                                                  Philip M. Halpern
                                                  United States District Judge