**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JAMEELAH ATTERBERRY,

                    Plaintiff,

      -against-

THE HUNTINGTON BANK, et al.,

                    Defendants.
------------------------------------------------------------X

19 **CIVIL** 9805 (PMH)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 22, 2021, Defendants'

motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend

before dismissing a pro se complaint... leave to amend is not necessary when it would be futile."

Reed v. Friedman Mgt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222

F.3d 99, 112 (2d Cir. 2000)). For all the reasons described herein, the Court has dismissed the

foregoing claims alleged in Plaintiff's Complaint with prejudice as any amendment would be futile;

accordingly, this case is closed.

**Dated:** New York, New York

      February 22, 2021

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

          **BY:**

                                    **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2021